IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dantao Su,<br><br>　　　　Plaintiff,<br>　v.<br><br>Def. Language Inst. Foreign Language Ctr.,<br><br>　　　　Defendant. | NO. C 10-04194 JW<br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on April 11, 2011. Neither party has filed a Case Management Statement. On September 27, 2010, the Court ordered the U.S. Marshal for the Northern District of California to serve Defendant.[1] Upon review of the docket, it appears that Defendant has not yet been served by the U.S. Marshal.

Upon review, the Court finds good cause to CONTINUE the April 11 Conference to **June 20, 2011 at 10 a.m.** On or before **June 10, 2011**, the parties shall file a Joint Case Management Statement that includes, *inter alia*, a good faith proposed schedule on how this case should proceed.

Dated:  April 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge

---

[1] (See Order Granting Application to Proceed *In Forma Pauperis* at 3, Docket Item No. 4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dantao Su
1239 12th Ave.,
Oakland, CA 94606

| | |
|---|---|
| **Dated:  April 6, 2011** | **Richard W. Wieking, Clerk** |
| | **By:      /s/ JW Chambers**<br>         **Elizabeth Garcia**<br>         **Courtroom Deputy** |