IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANTAO SU,

        Plaintiff,
        (Petitioner)

v.

DEFENSE LANGUAGE INSTITUTE
FOREIGN LANGUAGE CENTER, ET AL.

        Defendant,
        (Respondent)

No. CV 10-04194 EJD

**ORDER FOR ISSUANCE OF PROCESS**

IT IS ORDERED that the Application to Proceed *In Forma Pauperis* has been GRANTED and that the Clerk issue summons. (See Docket Item No. 4.)

IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this Order upon the Defendant.

**IT IS SO ORDERED.**

Dated: April 29, 2011

                                          Edward J. Davila
                                          UNITED STATES DISTRICT JUDGE