**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9               SAN JOSE DIVISION

10   DANTAO SU,                                    CASE NO. 5:10-cv-04194 EJD

11                                                 **ORDER DENYING PLAINTIFF'S**
                      Plaintiff(s),               **MOTION FOR ENTRY OF DEFAULT**
12        v.                                       **AND DEFAULT JUDGMENT; ORDER**
                                                   **FOR SERVICE OF PROCESS**
13   DEFENSE LANGUAGE INSTITUTE
     FOREIGN LANGUAGE CENTER, et. al.,            [Docket Item No(s). 36]
14

15                    Defendant(s).
                                        /
16

17        Presently before the court is Plaintiff Dantao Su's ("Plaintiff") Motion for Entry of Default

18   and Default Judgment against Defendant Defense Language Institute Foreign Language Center

19   ("Defendant"). See Docket Item No. 36. This is Plaintiff's fifth request seeking similar relief. See

20   Docket Item Nos. 6, 10, 19, 28, 36. In this motion, Plaintiff contends, as she has in previous filings,

21   that Defendant was properly served but failed to respond. She further contends that service on

22   Defendant itself was sufficient because Defendant is not a federal agency. Thus, Plaintiff argues

23   that service of process need not be accomplished pursuant to the provisions of Federal Rule of Civil

24   Procedure 4(i), which requires that Plaintiff deliver a copy of the summons and complaint by

25   registered or certified mail to: (1) the United States Attorney for the district in which the action is

26   brought and (2) to the Attorney General of the United States in Washington D.C.

27        The problem with Plaintiff's contention is twofold. First, Plaintiff herself has recognized

28
                                              1
     CASE NO. 5:10-cv-04194 EJD
     DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; ORDER FOR
     SERVICE OF PROCESS

1   Defendant's federal status and cited it in the Complaint's jurisdictional statement in order to support

2   jurisdiction under 28 U.S.C. § 1346.  See Docket Item No. 1, at ¶ 1 ("This court has jurisdiction over

3   this complaint because defendant is a federal government agency . . . .").  Second, Defendant's status

4   as a federal agency would form the sole basis of subject matter jurisdiction over this case if the court

5   were to address Plaintiff's motion on the merits since a cognizable claim under a federal statute has

6   not been alleged in order to support jurisdiction under 28 U.S.C. § 1331.  If Defendant is not a

7   federal agency, then this court lacks the subject matter jurisdiction necessary to proceed with entry

8   of default and default judgment.

9           In light of these circumstances and considering Plaintiff has asserted that Defendant is a

10  federal agency, the court will order service consistent with Federal Rule of Civil Procedure 4(i).

11  Plaintiff's present motion will be denied since proper service on Defendant has not yet been

12  accomplished.

13          Based on the foregoing, the court orders as follows:

14      1.   Plaintiff's Motion fo Entry of Default and Default Judgment (Docket Item No. 36) is

15           DENIED.

16      2.   **No later than October 5, 2012**, Plaintiff shall prepare and provide to the Clerk's

17           Office two Summons (Form AO-440) forms: one for the United States Attorney for

18           the Northern District of California and one for the United States Attorney General.  A

19           copy of Form AO-440 is attached to this Order.

20      3.   Once the Summons forms are provided to the Clerk's Office by Plaintiff, the clerk

21           shall serve the United States Attorney and the Attorney General by either providing a

22           copy of the Summons and Complaint to the U.S. Marshal for service or by serving

23           directly the United States Attorney and the Attorney General according to the

24           provisions of Federal Rule of Civil Procedure 4(i).

25  //

26  //

27  //

28

United States District Court
For the Northern District of California

2

CASE NO. 5:10-cv-04194 EJD
DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; ORDER FOR
SERVICE OF PROCESS

1      4.      Plaintiff is advised that failure to comply as directed herein may result in an order

2      dismissing this action for failure to prosecute pursuant to Federal Rule of Civil

3      Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  September 19, 2012



EDWARD J. DAVILA
United States District Judge

---

CASE NO. 5:10-cv-04194 EJD
DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; ORDER FOR
SERVICE OF PROCESS

*United States District Court*
For the Northern District of California

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td rowspan="4"><br><br>_____<br>*Plaintiff*<br><br>v.<br><br>_____<br>*Defendant*</td><td>)</td><td rowspan="4">Civil Action No.</td></tr>
<tr><td>)<br>)<br>)</td></tr>
<tr><td>)<br>)</td></tr>
<tr><td>)<br>)</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset