United States District Court

For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9            SAN JOSE DIVISION

10   DANTAO SU,                                      CASE NO. 5:10-cv-04194 EJD

11                                             **ORDER DISMISSING CASE**

            Plaintiff(s),

12      v.

13   DEFENSE LANGUAGE INSTITUTE
     FOREIGN LANGUAGE CENTER, et. al.,

14

15            Defendant(s).

16   _____/

17        On September 20, 2012, the court ordered Plaintiff Dantao Su ("Plaintiff") to produce to the

18   clerk of the court two Summons forms, one for the United States Attorney for the Northern District

19   of California and one for the United States Attorney General, so that service of process could be

20   accomplished in this action pursuant to Federal Rule of Civil Procedure 4(i).  See Docket Item No.

21   42.  As noted by the court, Plaintiff has alleged that Defendant's status as a federal agency forms the

22   basis for federal jurisdiction.  Id.; see also Compl., Docket Item No. 1, at ¶ 1.  The court further

23   explained that absent such status on the part of Defendant, federal subject matter jurisdiction over

24   Plaintiff's claims would not arise.  Id.  The court also admonished Plaintiff that this case would be

25   dismissed if she did not comply with order to produce the Summons forms.  Id.

26        As of this date, Plaintiff has not complied as directed.  Moreover, Plaintiff's more recent

27   filings reveal she maintains the position that service on the United States Attorney and Attorney

28   General are unnecessary.  However, in light of the jurisdictional quandary identified above as well

                                          1

CASE NO. 5:10-cv-04194 EJD
ORDER DISMISSING CASE

**United States District Court**

For the Northern District of California

1   as the fact that Plaintiff herself has alleged Defendant's status as a federal agency, this court cannot

2   proceed with this matter further under the current circumstances.

3        Accordingly, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of

4   Civil Procedure 4(m).[1]  The Clerk shall close this file.

5   **IT IS SO ORDERED.**

6

7   Dated:  October 16, 2012



8        EDWARD J. DAVILA
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

28

[1] Although the court previously indicated it would dismiss this case with prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b), it now finds it more appropriate to dismiss for lack of service under Rule 4(m).

2

CASE NO. 5:10-cv-04194 EJD
ORDER DISMISSING CASE